```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08144
   SHERRY A AVERY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6044


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/04/2007 and was not confirmed.

     The case was dismissed without confirmation 07/30/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY       NOT FILED           .00          .00
AMERICAS SERVICING COMPA  CURRENT MORTG          .00            .00          .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     26867.89            .00          .00
NUVELL CREDIT             NOTICE ONLY       NOT FILED           .00          .00
UNITED AUTO CREDIT CORP   SECURED VEHIC          .00            .00          .00
ASSET ACCEPTANCE LLC      UNSECURED           523.70            .00          .00
CAPITAL ONE               UNSECURED         NOT FILED           .00          .00
CAPITAL ONE               UNSECURED         NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         NOT FILED           .00          .00
NORTHWESTERN SURGICAL AS  UNSECURED         NOT FILED           .00          .00
NUVELL CREDIT CORPORATIO  UNSECURED        12564.62             .00          .00
AMERICAS SERVICING COMPA  NOTICE ONLY       NOT FILED           .00          .00
PHILIP A IGOE             DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                   ---------------       ---------------
TOTALS                  .00                    .00




          PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 07 B 08144 SHERRY A AVERY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 08144 SHERRY A AVERY